IN THE MATTER OF THE APPLICATION OF EDWIN FISHER
AND HARRY SZKOLAR, APPLICANTS, FOR AN ORDER
ADJUDICATING CHAPTER 152 OF THE LAWS OF 1962
TO BE NULL AND VOID IN ACCORDANCE WITH RE-
VISED STATUTES OF NEW JERSEY 1:7-4 AS AMENDED.

EDWIN FISHER AND HARRY SZKOLAR, APPLICANTS-AP-
PELLANTS, v. ARTHUR J. SILLS, ATTORNEY GENERAL
OF NEW JERSEY, DEFENDANT-RESPONDENT, AND
HERMAN ADES AND ABE STERN, ETC., *ET ALS.*, INTER-
VENERS-DEFENDANTS-RESPONDENTS.

Argued September 21, 1964—Decided November 16, 1964.

*Mr. Stephen B. Wiley* argued the cause for applicants-
appellants (*Messrs. Meyner & Wiley,* attorneys).

*Mr. David J. Goldberg,* Deputy Attorney General, argued
the cause for defendant-respondent (*Mr. Arthur J. Sills,*
Attorney General of New Jersey, attorney).

*Mr. Harold H. Fisher* argued the cause for interveners-
defendants-respondents (*Messrs. Shanley & Fisher,* attorneys;
*Mr. John Kandravy,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion by Judge Gaulkin in the Appellate
Division. 80 *N. J. Super.* 523 (1963).

*For affirmance* — Chief Justice WEINTRAUB, and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.